UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| DANNY RAY ALLEN CUTSHALL, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | No.: 2:20-CV-25-DCLC-CRW |
| JAKE LITTLE,<br>RICKY GRAHAM,<br>FRANKLYN MORGAN,<br>NICK FOSTER,<br>ERIC CUTSHALL, and<br>TONI MECALF, | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed contemporaneously with this order, Defendants' motions to dismiss [Doc. 35 and 36] are **GRANTED**, and this action is **DISMISSED** with prejudice.

Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

*John L. Medearis*
Clerk of Court